IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40275
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                              Plaintiff-Appellee,

versus

ROBERTO JURADO-GONZALEZ,
also known as Jaime Ramirez-Gaspar,

                                              Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-98-CR-815-ALL-S
- - - - - - - - - -

December 15, 1999

Before JOLLY, HIGGINBOTHAM, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

     Appointed counsel for Roberto Jurado-Gonzalez ("Jurado"),
has filed a motion to withdraw and a brief as required by <u>Anders
v. California</u>, 386 U.S. 738, 744 (1967).  Jurado has received a
copy of counsel's motion and brief but has not filed a response.
Our independent review of counsel's brief and the record
discloses no nonfrivolous issue.  Accordingly, the motion for
leave to withdraw is GRANTED, counsel is excused from further

_____

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH

CIR. R. 42.2.